UNITED STATES DISTRICT COURT/DISTRICT OF NEW JERSEY        Attorney: SULTZER LAW GROUP P.C.

---

EDDIE SITT

                                                        Plaintiff(s)

                          - against -                              Index # 3:15-CV-05775-FLW-DEA

LOCAL LIGHTHOUSE CORP., ETAL

                                                        Defendant(s)

                                                        **AFFIDAVIT OF SERVICE**

---

STATE OF California : COUNTY OF Los Angeles ss:

Jeff Star BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES AT  10573 W. Pico Bl., Ste. 215, Los Angeles, CA 90067

That on July 30, 2015 at 04:05 PM at

C/O LOCAL LIGHTHOUSE CORP.
260 NEWPORT CENTER DRIVE, STE. 410
NEWPORT BEACH, CA 92660

deponent served the within SUMMONS AND COMPLAINT; CIVIL COVER SHEET on BRIAN M. DAVIS therein named.

**INDIVIDUAL**  by delivering a true copy of each to said Defendant personally; deponent knew the person so served to be the person described as the Defendant therein and he identified himself as such.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BLONDE/BROWN | 42 | 6'0 | 180 |

**MILITARY SERVICE**  Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

JUDY CHUNG
Commission # 2000822
Notary Public - California
Los Angeles County
My Comm. Expires Dec 21, 2016

State of California, County of Los Angeles
Subscribed and sworn to (or affirmed) before me on this 31st day of July, 20 15,
by Jeff Star
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Signature: Judy C

Sworn to me on:
Notary:

Server: Jeff Star

Invoice #: 629547

UNITED PROCESS SERVICE, INC. 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007  (212) 619-0728  NYCDCA#1102045